IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Esperanza Arguello, Plaintiff | |
| v. | Case No. 1:17-cv-02199 |
| Chilo y Chela Inc. and Monica Sanchez, individually, Defendants | The Honorable Samuel Der-Yeghiayan |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Esperanza Arguello requests the dismissal of all claims with prejudice against all Defendants. Defendants have not served an answer or a motion for summary judgment in this matter.

Respectfully submitted on Monday, July 24, 2017.

**Bryan Pacheco**
*Counsel for the Plaintiff*

Consumer Law Group, LLC
6232 North Pulaski Road
Suite 200
Chicago, Illinois 60646
312-445-9662
bpacheco@yourclg.com